[No. 21243–5–I.  Division One.  December 19, 1988.]

JAN AARON, *Individually and as Guardian, Appellant,* v. BARBARA DINGE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 87–2–00279–5, David A. Nichols, J.,

entered October 2, 1987. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Williams and Webster, JJ.